IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MARTINEZ,<br><br>           Plaintiff,<br><br>    vs.<br><br>J. CATHEY, et al.,<br><br>           Defendant. | No. CV-F-02-6619 REC/LJO P<br><br>ORDER DIRECTING DEFENDANTS TO RESUBMIT DOCUMENTS <u>UNDER SEAL</u> |

    Defendants are ordered to file <u>under seal</u> Exhibits A, C, D, and G to the Declaration of E.W. Fisher lodged on December 8, 2004 for the purpose of the court's review of defendants' Request for Reconsideration of the Magistrate Judge's March 23, 2005 Order.

IT IS SO ORDERED.

**Dated: April 29, 2005**                          **/s/ Robert E. Coyle**
668554                                                       UNITED STATES DISTRICT JUDGE

1