# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MARTINEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>J. CATHEY, SGT., et. al.,<br><br>        Defendants. | CV F   02 6619 REC LJO P<br><br>ORDER STRIKING MOTION TO COMPEL FROM RECORD (Doc. 54.) |

    Kenneth Martinez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On November 5, 2004, Plaintiff filed a timely Motion to Compel Answers to Plaintiff's first set of interrogatories. Plaintiff states that Defendant's answers were insufficient. Plaintiff also states that he wrote to Counsel for Defendant asking for a resolution before filing his Motion to Compel. A close examination of the Motion, however, reveals that Plaintiff failed to served Defendants with a copy of the Motion as no proof of service is attached to the Motion filed.

    Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed

1

1 with the Court <u>must</u> <u>be</u> <u>served</u> <u>on</u> <u>the</u> <u>opposing</u> party.  Local Rule 5-135(b); Fed.R.Civ.P. 5.
2 Here, however, there is no indication that the Motion was served on Defendants.  Accordingly,
3 the Court HEREBY ORDERS the Motion to Compel is STRICKEN from the record.
4 IT IS SO ORDERED.

5 **Dated:   September 28, 2005**                  **/s/ Lawrence J. O'Neill**
  b9ed48                                           UNITED STATES MAGISTRATE JUDGE

2